UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
:
MICHAEL WOLFF,                             :
:
               Plaintiff,   :
:
   -against-                              :   Case No. 25-cv-10752
:
MELANIA TRUMP,                             :
:
               Defendant.   :
:
------------------------------------------ x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Melania Trump states that she is a citizen of the State of Florida and that no other individual's or entity's citizenship is attributable to her for purposes of establishing jurisdiction based upon diversity of citizenship.

Dated:  New York, New York  
        December 29, 2025

DLA PIPER LLP (US)

By: /s/ Caryn G. Schechtman
     Caryn G. Schechtman

1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
Caryn.schechtman@us.dlapiper.com

*Attorneys for Defendant Melania Trump*