UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
MICHAEL WOLFF,

                Plaintiff,

    -against-                              Case No. 1:25-cv-10752-MKV

MELANIA TRUMP,

                Defendant.
------------------------------------------ x

## NOTICE OF MOTION BY FIRST LADY OF THE UNITED STATES MELANIA TRUMP TO DISMISS OR, ALTERNATIVELY, TO TRANSFER

PLEASE TAKE NOTICE that First Lady of the United States Melania Trump ("Mrs. Trump"), by her undersigned counsel, will and hereby does move, at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 18C, New York, New York 10007, at such date and time as the Court directs, for an order: (i) dismissing this action for insufficient service of process, lack of personal jurisdiction, and failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(2), (5), and (6); or, alternatively, (ii) transferring this action to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404(a). The deadlines for further submissions in connection with this motion shall be governed by Local Rule 6.1(b) [*see* ECF No. 5].

In support of her motion, Mrs. Trump relies upon the notice of removal; the complaint; the accompanying memorandum of law; the declaration of Caryn G. Schechtman dated January 26, 2026, including the exhibits thereto; the further filings made with respect to the motion; and such other proceedings in this action as shall bear on the matters addressed in the motion that may be considered by the Court.

2

| | |
|---|---|
| Dated: New York, New York<br>January 26, 2026 | DLA PIPER LLP (US) |
| Of Counsel: | By: */s/ Caryn G. Schechtman*<br>     Caryn G. Schechtman |
| Josh Halpern*<br>DLA Piper LLP (US)<br>500 Eighth Street, NW<br>Washington, DC 20004<br>(202) 799-4000<br>josh.halpern@us.dlapiper.com | Steven M. Rosato<br><br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 335-4500<br>caryn.schechtman@us.dlapiper.com<br>steven.rosato@us.dlapiper.com |
| Alejandro Brito*<br>Brito PLLC<br>2121 Ponce de Leon Blvd.<br>Suite 650<br>Coral Gables, FL 33134<br>(305) 520-7633<br>Abrito@Britopllc.com | |
| *Pro hac vice application forthcoming | *Attorneys for*<br>  *First Lady of the United States*<br>  *Melania Trump* |