UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
MICHAEL WOLFF,

                 Plaintiff,

     -against-                              Case No. 1:25-cv-10752-MKV

MELANIA TRUMP,

                 Defendant.
------------------------------------------ x

## DECLARATION OF CARYN G. SCHECHTMAN

Pursuant to 28 U.S.C. § 1746, Caryn G. Schechtman hereby declares as follows:

1. I am a partner with the law firm DLA Piper LLP (US), counsel to First Lady of the United States Melania Trump ("Mrs. Trump") in this action. I submit this declaration to place before the Court materials referred to in Mrs. Trump's motion: (a) to dismiss this action for insufficient service of process, lack of personal jurisdiction, and failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(2), (5), and (6); or, in the alternative, (b) to transfer this action to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404(a). The statements in this declaration are based on my personal knowledge or, to the extent not based on my knowledge, on information available to me that I believe to be true.

2. Plaintiff originally initiated this action in the Supreme Court of the State of New York, New York County, by way of a summons and complaint filed on October 21, 2025 on the New York State Courts Electronic Filing ("NYSCEF") system; the action was assigned Index No. 163900/2025. *See* ECF No. 1, Notice of Removal ¶ 1 & Exh. 1. On December 29, 2025, before she had been served with the summons and complaint, Mrs. Trump removed the action to this Court on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a)(1). *See id.* ¶¶ 10-16.

3. Based on my review of the filings on the electronic docket for this action maintained on the NYSCEF system, I understand that, prior to removal of this action, Plaintiff's counsel made filings purporting to describe efforts to serve Mrs. Trump with the summons and complaint in mid-December 2025 and thereafter filed a motion for alternative service on December 23, 2025. That motion remained unadjudicated at the time of removal.

4. Attached to this declaration as <u>Exhibit 1</u> is a copy of an "Affidavit of Delivery" purportedly executed on December 11, 2025, in the form in which it was retrieved under my direction and supervision from the electronic docket for this action maintained on the NYSCEF system. The "affidavit" purports to describe an attempt by a process server to deliver the summons and complaint to Mrs. Trump's counsel, Alejandro Brito, Esq., in Coral Springs, Florida, on December 10 and 11, 2025. As described in the "affidavit," Mrs. Trump's counsel declined to accept service.

5. Attached to this declaration as <u>Exhibit 2</u> is a copy of a December 12, 2025 letter from Mr. Brito to Plaintiff's counsel, David S. Korzenik, in the form in which it was retrieved under my direction and supervision from the electronic docket for this action maintained on the NYSCEF system. The letter advises Mr. Korzenik that Mr. Brito's office is "not authorized to accept service of the Complaint and Summons and will not accept service."

6. Attached to this declaration as <u>Exhibit 3</u> is a copy of an affirmation of service purportedly executed on December 19, 2025, in the form in which it was retrieved under my direction and supervision from the electronic docket for this action maintained on the NYSCEF system. The affirmation purports to describe an attempt by a process server to serve the summons and complaint on a doorman located at 721-725 Fifth Avenue, New York, New York, on

December 16, 2025.  As described in the affirmation, the doorman advised the process server that he would not accept service.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed this 26th day of January, 2026.

*/s/ Caryn G. Schechtman*  
Caryn G. Schechtman