# Exhibit 2

to the Declaration of Caryn G. Schechtman dated January 26, 2026

# EXHIBIT C

FILED: NEW YORK COUNTY CLERK 12/23/2025 04:00 PM
NYSCEF DOC. NO. 8

Case 1:25-cv-10752-MKV    Document 10-2    Filed 01/26/26    Page 3 of 3

INDEX NO. 163900/2025
RECEIVED NYSCEF: 12/23/2025

**EXHIBIT C**

**BRITO**
P L L C

Alejandro Brito
Email: abrito@britopllc.com
Phone: (305) 614.4071
Address: 2121 Ponce de Leon, Suite 650
Coral Gables, FL 33134
www.britopllc.com

December 12, 2025

David S. Korzenik, Esq.
MILLER KORZENIK RAYMAN, LLP
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
dkorzenik@mkslex.com

Re:   *Michael Wolff v. Melania Trump*

Dear Counsel:

As you are likely aware, a process server has visited my office on two separate occasions seeking to serve the Complaint and Summons in the action styled: *Michael Wolff v. Melania Trump*, Supreme Court of the State of New York.

As my office has advised the process server on both occasions, we are not authorized to accept service of the Complaint and Summons and will not accept service. As a result, any attempt to serve First Lady Melania Trump through my office is improper, invalid and of no effect.

Please direct your process server to not attempt to serve the Complaint and Summons at my office.

Thank you.

Very truly yours,

ALEJANDRO BRITO