# Exhibit 3

to the Declaration of Caryn G. Schechtman dated January 26, 2026

# EXHIBIT A

**EXHIBIT A**

## IN THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

**MICHAEL WOLFF**
           Plaintiff/Petitioner

vs.

**MELANIA TRUMP**
           Defendant/Respondent

Hearing Date:
INDEX NO: 163900/2025
Index Date: 10/21/2025
AFFIRMATION OF SERVICE OF:
SUMMONS; VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT AND FOR DAMAGES UNDER THE ANTI-SLAPP LAW; VERIFICATION

Received by Michael Whyte, on the 16th day of December, 2025 at 2:45 PM to be served upon Melania Trump at Penthouse, 721-725 Fifth Avenue, New York, New York County, NY 10022.

The undersigned, affirms: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 16th day of December, 2025 at 6:24 PM at the address of Penthouse, 721-725 Fifth Avenue, New York, New York County, NY 10022, this affiant served the SUMMONS; VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT AND FOR DAMAGES UNDER THE ANTI-SLAPP LAW; VERIFICATION upon Melania Trump in the manner described below:

SUBSTITUTE SERVICE, by leaving 1 true and correct copy(ies) of the SUMMONS; VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT AND FOR DAMAGES UNDER THE ANTI-SLAPP LAW; VERIFICATION, with the date and hour of service endorsed thereon by this affiant, with Proceeded to Front desk to Doorman and asked for Respondent For Legak Service; Told Legal Not Allowed For Redpomdent With No Call; Doorman Will Not Accept Service For Respndent ; No Acess To Controlled Elevators. Drop Service Of Docs At Front Desk ;  DROP SERVICE  ;While Leaving Desk Doorman Put Docs In Trash, a person of suitable age and discretion who stated they reside at the defendant's usual place of abode listed above.
On the date of _____12/19/25_____, affiant then deposited in the United States mail, in the county where the property is situated, the SUMMONS; VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT AND FOR DAMAGES UNDER THE ANTI-SLAPP LAW; VERIFICATION in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. This was mailed with proper postage to:

Melania Trump
Penthouse, 721-725 Fifth Avenue
New York, NY 10022

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS: Proceeded to Front desk to Doorman and asked for Respondent For Legak Service; Told Legal Not Allowed For Redpomdent With No Call; Doorman Will Not Accept Service For Respndent ; No Acess To Controlled Elevators. Drop Service Of Docs At Front Desk ;  DROP SERVICE  ;While Leaving Desk Doorman Put Docs In Trash, I delivered the documents. Proceeded to Front desk to Doorman and asked for Respondent for Legal Service; Told Legal Not Allowed For Respondent With No Call; Doorman Will Not Accept Service For Respondent; No Access to Controlled Elevators. Drop Service Of Docs At Front Desk; DROP SERVICE per client request; While Leaving Desk Doorman Put Docs In Trash. The individual tried to refuse service by put docs in trash and refused service - drop service (documents left, seen by subject). The individual appeared to be a black-haired Hispanic male contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with an accent.

The undersigned asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

[signature]

Notary Public [illegible]
NO. [illegible]
Qualified in [illegible] County
My Commission Expires [illegible]

Page 1 of 2
FOR: Miller Korzenik Rayman LLP
REF: 163900/2025

Tracking #: 0199993769

