UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
: 
MICHAEL WOLFF, :
:
              Plaintiff, :
:
   -against- :   Case No. 1:25-cv-10752-MKV
:
MELANIA TRUMP, :
:
             Defendant. :
:
------------------------------------------ x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned appears in this action for First Lady of the United States Melania Trump. Mrs. Trump reserves all rights and defenses.

| | |
|---|---|
| Dated: New York, New York<br>       January 26, 2026 | DLA PIPER LLP (US)<br><br>By:   */s/ Steven M. Rosato*<br>        Steven M. Rosato<br><br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 335-4500<br>steven.rosato@us.dlapiper.com<br><br>*Attorney for*<br> *First Lady of the United States*<br> *Melania Trump* |