UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1:25-cv-10752-MKV

| | |
|---|---|
| MICHAEL WOLFF, <br><br> Plaintiff, <br><br> vs. <br><br> MELANIA TRUMP, <br><br> Defendant. | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Alejandro Brito, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant MELANIA TRUMP in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 6, 2026                                    Respectfully submitted,

| | |
|---|---|
| */s/Alejandro Brito* <br> Alejandro Brito* <br> Florida Bar No. 098442 <br> BRITO, PLLC <br> 2121 Ponce de Leon Boulevard <br> Suite 650 <br> Coral Gables, FL 33134 <br> Tel: 305-614-4071 <br> Fax: 305-440-4385 <br> abrito@britopllc.com <br> apiriou@britopllc.com | */s/Caryn G. Schechtman* <br> Caryn G. Schechtman <br> New York Bar No. <br> DLA Piper LLP (US) <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> (212) 335-4500 <br> caryn.schechtman@us.dlapiper.com |

| *Pro Hac Vice Admission Pending\** *Counsel for Melania Trump* | *Counsel for Melania Trump* |
|---|---|

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 6, 2026, the foregoing was served via the Court's CM/ECF System upon all counsel of record.

                                                         */s/Alejandro Brito*