UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1:25-cv-10752-MKV

| | |
|---|---|
| MICHAEL WOLFF,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MELANIA TRUMP,<br><br>                    Defendant. | MOTION TO ADMIT<br>COUNSEL PRO HAC VICE |

The motion of Alejandro Brito, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Alejandro Brito |
| Firm Name: | Brito, PLLC |
| Address: | 2121 Ponce de Leon Blvd, Ste 650 |
| City/State/Zip: | Coral Gables, FL 33134 |
| Phone Number: | (305) 614-4071 |
| Fax Number: | (305) 440-4385 |
| Email: | abrito@britopllc.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant MELANIA TRUMP in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2026.

                                          _____
                                          Honorable Mary Kay Vyskocil
                                          United States District Judge