UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1:25-cv-10752-MKV

| | |
|---|---|
| MICHAEL WOLFF,<br><br>          Plaintiff,<br><br>vs.<br><br>MELANIA TRUMP,<br><br>          Defendant. | AFFIDAVIT<br>IN SUPPORT OF MOTION<br>FOR ADMISSION *PRO HAC VICE* |

**ALEJANDRO BRITO**, being duly sworn, being competent to testify and having personal knowledge of the matters stated herein, says and alleges as follows:

My name is Alejandro Brito, and I practice law in the law firm of Brito, PLLC located at 2121 Ponce de Leon Blvd, Suite 650, Coral Gables, Florida, 33134.

I have been a member of the Bar of the State of Florida since 1996.

I am a member in good standing in every jurisdiction where I have been admitted to practice. I have not been publicly disciplined by any court or lawyer regulatory organization nor have I had any *pro hac vice* admission revoked.

There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction to which I am admitted.

Although I am not a member of the bar of this Court, I respectfully request that this Court grant me leave to appear *pro hac vice* on behalf of Defendant MELANIA TRUMP in this case. Executed on this 6th day of February 2026.

_____
ALEJANDRO BRITO
Affiant

Dade County, Florida

Signed and sworn to before me this day by _____
                                              (name of principal)

Date:  February 6, 2026            _____
                                   **Notary Public**

(Official Seal)              My Commission Expires: _____