**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MICHAEL WOLFF,<br><br>                          Plaintiff,<br><br>          v.<br><br>MELANIA TRUMP,<br><br>                          Defendant. | Case No. 1:25-cv-10752-MKV-SC<br><br>**DECLARATION OF**<br>**DAVID S. KORZENIK**<br>**IN SUPPORT OF PLAINTIFF**<br>**WOLFF'S CROSS-MOTION AND**<br>**IN OPPOSITION TO DEFENDANT**<br>**MELANIA TRUMP'S MOTION TO**<br>**DISMISS, ETC.** |

**David S. Korzenik, Esq.**, pursuant to 28 USC 1746, affirms the following facts to be true on personal knowledge or on information and belief:

1. I am a member of the law firm Miller Korzenik Rayman LLP, attorneys for Plaintiff *Michael Wolff*. I make this Declaration in Opposition to Defendant Trump's Motion to Dismiss (ECF 8-10) and in Support of Wolff's Cross-Motion a) for Remand to New York State Court; b) in the alternative for discovery on Mrs. Trump's true citizenship; and c) for such other relief as set out in Wolff's Notice of Cross-Motion (ECF 11).

2. This declaration sets out some of Mrs. Trump's substantial contacts, activities and ties to New York that have been continuous, systematic and central to her life since she arrived in New York on a B1/B2 Visa on August 27, 1996. Some of the ties, activities and contacts enumerated here are based on public records, some on news reports and statements made publicly by Mrs. Trump, some in recent email releases from the Epstein Files, along with others from other sources and on information and belief.

3.  The contacts and activities cited and described here are a representative selection of materials available; and if they do not dispositively confirm Mrs. Trump's New York Citizenship[1], they firmly warrant, at minimum, a fair and reasonable opportunity for discovery into her true citizenship status.

4.  The same contacts and activities cited here also establish personal jurisdiction over Mrs. Trump in New York since they are plainly "continuous and systematic." (Citizenship and personal jurisdiction [2] are *not coextensive*. See accompanying Memorandum of Law.)

### *Citizenship Factors: Mrs. Trump's Substantial Personal Ties, Activities and Commitments in New York City.*

Citizenship turns on one's "intentions" and on the "center of [one's] domestic, social and civil life," and where one "intends" to be in the long run. (See Memorandum of Law) Mrs. Trump's real and intended domicile is New York. On information and belief, the following factors obtained from publicly available sources are determinative of Mrs. Trump's New York citizenship – especially given that it is her burden, not ours, to prove otherwise:

5.  Mrs. Trump owns her *own* separate apartment in Trump Tower at 721-725 Fifth Avenue, New York, NY.

6.  Mrs. Trump owns that apartment through **721 33H Holdings LLC**. The LLC is authorized to do business in New York State per NY Dept. of State ID 4854569. The LLC is "active" and authorized in "Manhattan." See Certificate attached as Ex. A. Mrs. Trump bought 33H in January 2016 and continues to own it.

---

[1] The burden of proving citizenship falls on Mrs. Trump. (See the accompanying Memorandum of Law.) And the burden of proving an alleged *change* of citizenship also runs up against a "presumed continuation of citizenship" which requires that Mrs. Trump meet that burden "clearly and convincingly." Hence, the burden on proving *change* is higher.

[2] If there is no subject-matter jurisdiction, then the Court need not and should not even reach the issue of personal jurisdiction. If the case is to be remanded, that issue would be moot before this Court.

7. Mrs. Trump also lives in and uses the 66th Floor penthouse apartment that both Mr. and Mrs. Trump and family also use, live in and receive friends and guests in.

8. On information and belief, Mrs. Trump often prefers to live in her own apartment in Trump Tower rather than the 66th Floor penthouse. In the recent "Melania" documentary, she is shown often in the Trump Tower penthouse, seated at the large gilded desk in the 66th Floor Penthouse, and in her Trump Tower living room.

9. The doorman at Trump Tower confirmed to the process server that Mrs. Trump did indeed live there. Though he would not accept service or allow the process server access to the apartment.

   (*See* Ex. 3 to the Declaration of Mrs. Trump's counsel Caryn Schechtman at ECF 10.)

10. Mrs. Trump's son **Barron Trump** is also believed to have his own apartment in Trump Tower.

11. Barron Trump is an undergraduate at NYU in New York City and spent the last semester at an NYU program in D.C. Mrs. Trump is attached to her son, as would naturally be expected, and she has been clear publicly that he is a priority in her life and she wishes to be near him and supportive of him as a parent. This is especially so where Mr. Trump is more occupied elsewhere with other matters.

12. Barron Trump grew up in NYC and before going to NYU he went to Columbia Grammar School in Manhattan. He and Mrs. Trump developed friends and ongoing ties here in NYC over those many years.

13. Mrs. Trump's father, **Viktor Knavs**, also lives in an apartment in NYC, if not also in Trump Tower. According to the *New York Times*, Viktor Knavs and his late wife Amalija

were reportedly living in an apartment at Trump Tower. (They also spent time at the White House and Mar-a-Lago.) *New York Times*, January 11, 2024.

14. Mrs. Trump's sister **Ines Knauss** with whom she is close and who is described as a "confidante" also lives in New York City. *New York Times*, April 17, 2024, A16. She lives on the East Side.

15. All Mrs. Trump's family members, noted above, with whom she is close, themselves have steady and continuous ties and lives in NYC.

16. Mrs. Trump's publisher, **Skyhorse Publishing**, is based in New York City on West 36th Street. Skyhorse published her book "Melania" and continues to do so. She earns royalties from Skyhorse out of New York. Her publishing contract with Skyhorse will show the details of that important relationship, including the choice of law and jurisdiction provisions, as well as the advance and royalties she has been earning.

17. It is also significant to citizenship that the friends, advisors, assistants, and service providers who support, surround and work regularly with Mrs. Trump are largely *based in New York City*. Here are a representative group of them, among many others:

    a. **Hervé Pierre** is Mrs. Trump's stylist and fashion designer. He is based in New York and shown with her in the Melania movie in New York fitting her for her inauguration outfit. His work with Mrs. Trump goes well beyond that and it is important and expanding.

    b. **Karen Pasternak** is one of Mrs. Trump's personal assistants. She is employed by the Trump Organization. **Erica Maestro** is also a personal assistant.

    c. **Mordechai Alvow** at Yarok Hair is Mrs. Trump's hair stylist. He is based in NY.

d. **Nicole Bryl** does Mrs. Trump's makeup and hair. She travels with Mrs. Trump but is based in New York.

e. **David Monn** is Mrs. Trump's event planner. He is depicted meeting with her in New York in the Melania movie. Monn is based in New York.

f. **Tham Kannalikham** is Mrs. Trump's interior decorator. Her website describes her as a "New York based interior designer." https://www.thamkannallikhamdesign.com/bio In the *Melania* documentary, Tham is shown with Mrs. Trump in New York reviewing the selection of furniture that Mrs. Trump wants moved to the White House.

g. **Marc Beckman and his wife Alice** are Mrs. Trump's close friends and "Melania" documentary producers. Marc Beckman is also Mrs. Trump's "senior advisor." https://www.youtube.com/watch?v=rHcoiwaoGgM He is based in New York. He has an advertising company, DMA United [3], based in New York and he teaches marketing at NYU[4]. Beckman is described as Mrs. Trump's most trusted advisor. He specializes in marketing, branding and advertising. And he is helping to guide Mrs. Trump's expanding lifestyle – luxury branding business in New York. He has the same New York publisher, **Skyhorse Publishing**, as does Mrs. Trump.

h. **Michael Wildes** is Mrs. Trump's immigration lawyer who also handled her parent's immigration status. Wildes and his firm are based in New York.

---

[3] DMA United is located at 168 Fifth Avenue, New York, NY 10010. https://dmaunited.com/contact
[4] http://www.stern.nyu.edu/faculty/bio/marc-beckman The NYU bio shows that his work is completely aligned with Mrs. Trump's past business activities and current planning that is in the works: fashion, lifestyle-luxury branding, licensing, entertainment, NFT's and digital assets etc. He notes that he is invited to lecture to courses on "The Art of Celebrity Business."

i. **Warren Tricomi** is Mrs. Trump's manicurist and she uses Warren Triconi's private room beauty services in Manhattan. (News reports) Warren Tricomi is based in New York.

j. **Larry Rosenthal** is Mrs. Trump's dentist. His offices are located on the East Side in New York City.

k. **Doctors:** Mrs. Trump's doctors are in New York City.

l. There are many other close friends, advisors and consultants of Mrs. Trump who are based in New York City and whose contacts, ties and activities with Mrs. Trump further cement her citizenship in New York. They can be further canvassed if any discovery should even be needed.

18. With the numerous foundational and ongoing personal, social and professional ties that Mrs. Trump has to New York City, it is clear that her public descriptions of New York as her "*home*" and "*hometown*" are entirely genuine and true. Here are a representative two:

a. On Twitter @melaniatrump on August 27, 2024, Mrs. Trump declared:

> "*New York City captivated my heart the moment I arrived, 28 years ago today. This electrifying town isn't just my home; it's a colorful canvas where dreams come alive. New York's iconic skyline and vibrant culture inspire me every day.*"

b. And in her speech at Madison Square Garden, October 27, 2024, she spoke glowingly about her "hometown:"

> "*Good evening, New York City. Hello, Madison Square Garden. Our hometown, where architectural symbols of strength, courage and unity, create a canvas for the world's undisputed capital of industry.*"

WFAA. "*Melania* Full Speech at Rally at Madison Sq. Garden" on YouTube Video.

19. Mrs. Trump's regard for NYC as her "home" is not only tied to the friends and associates described above, but it is significantly tied to her son. Here is how she describes that additional core anchor to New York City in her interview with Fox in December 2024:

6

*"It was [Barron's] decision to come <u>here</u>, that he wants to be in New York and study in New York and live in his <u>home</u>, and I respect that."* (Underlines added.)

https://www.foxnews.com/video/6362488643112

Mrs. Trump made that same point to *People* magazine noting that Barron wanted to live in Trump Tower while in college. She has consistently made clear that she intends to be there with her son.

20. **The Melania Documentary:** The Melania Documentary gives further weight to the centrality of New York in Mrs. Trump's life (even with the competing demands on her time from events at the White House or the unofficial White House in Mar-a-Lago).

   a. Significantly, Mrs. Trump is an *executive producer* of the documentary; and *she had final-cut approval over it*. The Melania production deployed a dedicated production crew in New York City to film substantial segments of the documentary here.

   b. The Documentary covers the lead-up to Trump's second inauguration, beginning on about January 1, 2025.

   c. It opens in Palm Beach where we see Mrs. Trump leaving by car for the airport where she boards Trump's plane to fly to New York City.

   d. Next the film follows Mrs. Trump as she is driven through NYC to Trump Tower where she takes the elevator to the 66th Floor apartment.

   e. The prolonged portions of the Documentary shows Mrs. Trump at Trump Tower where she meets with a series of people and consultants: ***Hervé Pierre***, her fashion stylist (being fitted for her outfit); ***David Monn*** her event planner (plans for DC dinner); ***Tham Kannalikham***, her interior designer, among others. All of them are based in New York City and central to her past, ongoing and future personal and business activities.

f.  Mrs. Trump has a Skype or Zoom call with Brigitte Macron from her Trump Tower office desk; and then has a meeting in the Penthouse with a released Israeli hostage.

g.  Also at Trump Tower, Mrs. Trump's chief of staff, Hayley Harrison, is seen fielding reporter's calls.

h.  She is seen at St. Patrick's Cathedral lighting a candle for her deceased mother.

i.  Later in the film, she travels for one day to attend the DC funeral for Jimmy Carter. She is seen traveling from NYC to Palm Beach for one day and flies back up to DC. The film concludes in the White House for the Inaugural balls.

j.  The Conclusion that one must draw from the film is that NYC is framed as the home base – the place that she departs from and returns to. It is not just a stop.

k.  Mrs. Trump's inauguration preparations all take place in NYC – indicating that, for Mrs. Trump, NYC is the default base, before public duties.

l.  Even when in Mar-a-Lago, these appear only as brief respites or visits. But NYC is where Mrs. Trump takes care of private-life logistics, not just ceremonial moments.

21. On information and belief, Mrs. Trump not only spends the substantial portion of her time, but the majority of her time in NYC. And that is against the *combined* time she spends elsewhere - in D.C., Bedminster, Mar-a-Lago, and in travels internationally or domestically. It is significant that there are a good number of press reports of Mrs. Trump being seen going to and from Trump Tower consistently over the recent several years. Her flight logs will confirm this and will disclose with even more precision the substantial amount of time she spends in NYC both in *frequency and duration.*

**The Florida Citizenship Artifice:** Mrs. Trump purports to have changed her citizenship from New York to Florida.  Likely that is being *attempted* to assist Mr. Trump in his efforts to escape

8

the consequences of New York judgments and lawsuits. But this Florida artifice is neither effective nor genuine as to Mrs. Trump whose more permanent and sustained ties and personal attachments are, and always have been, to people, activities, commitments and places in New York City.

22. That Mrs. Trump might spend time in D.C., on overseas visits, in Bedminster or in Mar-a-Lago (the unofficial White House and venue of official events) only speaks to her activities as First Lady or to her maintaining appearances as needed in Mr. Trump's political activities as a candidate.

23. Even if Mrs. Trump were to spend more time in those several places collectively than in New York (something which should be examined[5]), that does not undo her more durable and intentional ties to NYC. Her presence in Florida and DC etc. is more a function of her obligations as First Lady as well as the agreements between her and her current husband. (Pre-Nuptial; 2017 and revised 2023.) These too would need to be examined in discovery to gain further understanding of Mrs. Trump's long-term expectations, where she expects to be during and after President Trump's second term and what assets and properties she expects to rely on.

24. *Mrs. Trump's Alienation from Mr. Trump.* As citizenship turns on one's "intentions" and the "center of [one's] domestic, social and civil life," Mrs. Trump's true citizenship must also engage the difficult issue of her relationship with Mr. Trump. That relationship has no doubt been diminished if not fractured by his notorious affairs with other women – especially at the time of the birth of their son. Troubling as it may be to consider this, it is

---

[5] If discovery is needed, an examination of flight logs would be instructive as to actual time spent as between NYC, Florida, DC, NJ and elsewhere. None of this inquiry is needed if the case is remanded to State Court where discovery would focus on the substantive issues in the case, which occurred almost entirely in New York in the late 1990's – 2000's.

an inescapable factor in the analysis. The normal and expected reaction of any spouse to such egregious disloyalty, would be to distance themselves significantly from their disloyal partner; and come to terms with them on a more remote practical basis. That appears to be so from the information available to all, some supplied here. Press reports also indicate a renegotiation of their pre-nuptial agreement in 2017. The issue has been widely covered by many news outlets. In June 2020, the *Washington Post* reported[6] an article entitled: "*Melania Trump was in no rush to move into the White House. That's when she renegotiated her prenup, a new book says.*"

The *Associated Press* and *The Guardian* published similar stories. And *Vanity Fair*, *Time* and others wrote earlier stories regarding the strained relations of the Trumps. None of this is unknown to the public.

25. Even the "Melania" documentary and the public behavior of the Trumps both give strong indication of her deliberate independence and separateness from him. And it speaks forcefully of the dubious meaning of any attachment she might have to Mar-a-Lago or her use of its address.

26. *A Florida Driver's License and Voter Registration Indicate Nothing More Than a Residence.* Residence is not determinative of citizenship. One can have several residences, but only one citizenship. All that is needed to get a Florida license and voter registration is a utility bill and a rent bill. Here is what Florida requires:

    a. *To obtain Voter Registration in Florida* all that one needs to show is a *passport* (or similar proof of identity) and a *Florida Driver's license*. One can do that online. (One may not even need in many cases to do a driver's test or a vision test.)

---

[6] https://www.washingtonpost.com/lifestyle/melania-book-art-of-her-deal-prenup-white-house/2020/06/11/ce63ec02-abec-11ea-94d2-d7bc43b26bf9_story.html?

https://registertovoteflorida.gov/home

b. *To obtain a Driver's License in Florida* all that one needs is proof of identity (ie. again, a *passport*) and two forms of residence (a lease or mortgage, *rent invoice or utility bill)*. That's it. At best a Florida license shows that you have **a** residence there. That is not citizenship. Defendant's counsel seems to think that a driver's license establishes citizenship. It does not and it could not.

https://www.flhsmv.gov/driver-licenses-id-cards/what-to-bring/u-s-citizen/

27. Thus, the Driver's License and Voter Registration establish *nothing*. It just means that someone paid a gas bill mailed to a residence associated with them. It is also hard to see what the license might mean for Mrs. Trump who does not drive or need to. It is one more prop for Mr. Brito's Florida artifice.

28. *Recent Reporting that Corroborates Our Position on Citizenship and Warrants Further Examination*: It now appears that Mrs. Trump has become more assertive of her ongoing plans to center her life and work in New York City. This was already apparent from the business and personal alliances that she made in the course of developing the Melania Documentary and in the course of working with her other New York advisors and collaborators listed and described above. People such as **Hervé Pierre** and her most trusted advisor **Marc Beckman** appear to be behind Mrs. Trump's plans to further expand her business interests. New York is where that is and has been happening.

29. A February 6, 2026 article in *Yahoo! Entertainment* and *The National Enquirer* by Olivia Bellusci is entitled: "*Melania Trump Reportedly Planning to Make NYC Her Home Base as She Looks to Launch Lifestyle Brand.*" The article states that Mrs. Trump is "planning

to make New York City her home base instead of Washington D.C. while continuing to visit Florida where her husband President Donald Trump has his Mar-a-Lago estate."

30. The article cites to her commitment to her son Barron (as noted above). And cites to a statement that she has consistently made in the past about her son:

"You need to be there for a child nonstop, especially when they need you," she recently remarked in a Fox News interview. "Especially at that age that Barron is."

This is a truly admirable and no doubt genuine conviction on Mrs. Trump's part, one that all can empathize with immediately. It shows where her deepest commitments are; and they are in New York.

31. The article also cites to her prior collaborations with Hervé Pierre and Brett Ratner (on the movie) among others and her intention to expand upon them.

https://www.yahoo.com/entertainment/celebrity/articles/melania-trump-reportedly-planning-nyc-175643168.html

The article corroborates points made above and it speaks further to the substantial weight and importance of Mrs. Trump's past and existing New York associations and plans.

***Center of Gravity of the Case Is in New York. Witnesses and Evidence Are Primarily in New York. So, There is No Legitimate Basis for a Transfer to Florida or Anywhere Else***

*32.* The eleven statements set out in the Brito 770 Letter and addressed in the Wolff Compliant pertain to the Trump's and Epstein social circle. Those events and activities took place in the 1990's and the early 2000's. Significantly much of that period engages activities that occurred in NYC.

We have reviewed numerous photographs taken numerous parties and events in NYC in which the Trumps, Epstein, Ghislaine Maxwell and their associates appear: Among them events for Victoria's Secret Fashion Show, various NYC fashion events, Heidi Klum's

"Hookers and Pimps" Halloween party, the Kit Kat Club (midtown NYC), Dolce &
Gabbana opening, Bergdorf's Hat Collection event (2003), Cartier Gala event (2003) and
numerous others.

33. There are also all of the modeling agencies run by Mr. Trump, Epstein, Paulo Zampolli,
Brunel. Much of the activities of these model agencies (ID Models, Elite Models, MC2,
Trump's agencies etc) and their principals centered in New York. And they were very
much at the core of the Trump's social and business activities during the 1990's – early
2000's period in NYC. Many of the photographers who covered those activities are also
in NYC. So much evidence from that period is to be found in NYC.

Also, many of the emails and other materials now emerging from the "Epstein Files" show NYC
centered contacts between the Trumps, Ghislaine Maxwell and Epstein and related associates.
Some of them are attached as Exhibit B. One, for example, is an email from Mrs. Trump to
Ghislaine Maxwell (2002) asking Maxwell to give her a call when Maxwell gets back to New
York. In another Maxwell refers to Mrs. Trump as "sweet pea." An FBI 302 discussed Epstein
and Zempoli's (sp) effort to buy Elite Models. It notes, "EPSTEIN introduced MELANIA
TRUMP to DONALD TRUMP."

It is manifestly clear that most of the witnesses and sources of information and documents
surrounding the Trump's activities that pertain to the 11 Statements are located and to be found
in New York.

I declare under penalty of perjury that the foregoing statements are true and correct.
Executed this 9th day of February 2026.

/s/ David S. Korzenik
David S. Korzenik

13