# EXHIBIT A

EX A

# Department of State
## Division of Corporations

### Entity Information

[Return to Results] [Return to Search]

## Entity Details

**ENTITY NAME:** 721 33H LLC  
**DOS ID:** 4854569  
**FOREIGN LEGAL NAME:**  
**FICTITIOUS NAME:**  
**ENTITY TYPE:** FOREIGN LIMITED LIABILITY COMPANY  
**DURATION DATE/LATEST DATE OF DISSOLUTION:**  
**SECTIONOF LAW:** 802 LLC - LIMITED LIABILITY COMPANY LAW  
**ENTITY STATUS:** ACTIVE  
**DATE OF INITIAL DOS FILING:** 11/24/2015  
**REASON FOR STATUS:**  
**EFFECTIVE DATE INITIAL FILING:** 11/24/2015  
**INACTIVE DATE:**  
**FOREIGN FORMATION DATE:** 11/23/2015  
**STATEMENT STATUS:** CURRENT  
**COUNTY:** NEW YORK  
**NEXT STATEMENT DUE DATE:** 11/30/2027  
**JURISDICTION:** DELAWARE, UNITED STATES  
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** C/O CORPORATION SERVICE COMPANY  
**Address:** 80 STATE STREET, ALBANY, NY, UNITED STATES, 12207

Electronic Service of Process on the Secretary of State as agent: Not Permitted

### Chief Executive Officer's Name and Address

**Name:**  
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:** CORPORATION SERVICE COMPANY  
**Address:** 80 STATE STREET, ALBANY, NY, 12207 - 2543

### Entity Primary Location Name and Address

**Name:**  
**Address:**

### Farmcorpflag

Is The Entity A Farm Corporation: NO

### Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Agencies | App Directory | Counties | Events | Programs | Services

Case 1:25-cv-10752-MKV    Document 15-1    Filed 02/09/26    Page 3 of 3



An official website of New York State.
Here's how you know

# Department of State
## Division of Corporations

## Entity Information

EX A

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** MELANIA LLC
**DOS ID:** 2822694
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:** 12/31/2045
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 10/15/2002
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 10/15/2002
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 10/31/2026
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** C/O CORPORATION SERVICE COMPANY
**Address:** 80 STATE STREET, ALBANY, NY, UNITED STATES, 12207

Electronic Service of Process on the Secretary of State as agent: Not Permitted

#### Chief Executive Officer's Name and Address

Name:
Address:

#### Principal Executive Office Address

Address:

#### Registered Agent Name and Address

1/2