# EXHIBIT B

*Ex B*

To:
From:
Sent:     Wed 10/23/2002 7:40:52 PM
Subject:  HI!

Dear G!
How are you?
Nice story about JE in NY mag. You look great on the picture.
I know you are very busy flying all over the world. How was Palm Beach? I cannot wait to go down. Give me a call when you are back in NY.
Have a great time!
Love,
Melania

EFTA_R1_01278206
EFTA02332411

EX. B

**From:** "G. Max" <█████████████>
**To:** █████████████████
**Subject:** Re: HI!
**Date:** Sat, 01 Jan 4501 05:00:00 +0000

---

```
<html>
Sweet pea - thanks for your message. Actually plans changed again and I am now on my way back
to NY. I leave again on Fri so I still do not think I have time to see you sadly. I will try
and call though.<br>
<br>
Keep well<br>
<br>
Gx<br>
At 03:40 PM 10/23/2002 -0400, you wrote:<br>
<br>
<blockquote type=cite class=cite cite><font face="Bookman Old Style, Bookman"
color="#0000FF">Dear G! <br>
How are you? <br>
Nice story about JE in NY mag. You look great on the picture. <br>
I know you are very busy flying all over the world. How was Palm Beach? I cannot wait to go
down. Give me a call when you are back in NY. <br>
Have a great time! <br>
Love, <br>
Melania</font><font face="arial"> </font></blockquote></html>
From ???@??? Wed Oct 23 15:49:30 2002
To: WJC wjc <█████████████>
From: "G. Max" <███████████>
Subject:
Cc:
Bcc:
X-Attachments:
In-Reply-To:
References:
Message-Id: <████████████████████████████████>
X-Eudora-Signature: <Standard>
```

EFTA00579769

EX B

FD-302a (Rev 5-8-10)

31E-NY-3027571

(U) Proffer of ███████ ███████ ███████

Continuation of FD-302 of  Interview #1 _____ , On  07/12/2019  , Page  2 of 11



trip to Paris in approximately early 2006 was her last assignment.

██ put ███████ in contact with an agent named PAOLO ZEMPOLI who worked with "ID Models". ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████. ZEMPOLI was trying to buy Elite Models with EPSTEIN. EPSTEIN introduced MELANIA TRUMP to DONALD TRUMP.

EPSTEIN was visiting ZEMPOLI at the agency when there were casting auditions for models. EPSTEIN was looking through portfolios and saw ███████ photograph of her wearing only swim bottoms.

███████ and ZEMPOLI were at a night club with EPSTEIN, who was there with a woman who ███████ believed was ████████. ███████ took ███████ phone number.

Someone called, either a girl or EPSTEIN, and invited ███████ to dinner. ███████ went to EPSTEIN's residence on 71st Street in Manhattan. This was the first one on one interaction ███████ had with EPSTEIN. EPSTEIN made her wait; she heard him playing the piano. ███████ did not recall if she went upstairs. ███████ and EPSTEIN had dinner in the dining room. This room was straight ahead when you walked into his home. EPSTEIN asked ███████ what she liked to do. ███████ told EPSTEIN that she liked studying and that she was a good student. They talked about travels and ███████ having a model contract in Japan and South Korea. ███████ mentioned that she thought there was a lot of Russian prostitution. EPSTEIN told her, "That's what I like best." ███████ recalled EPSTEIN saying something that made her uncomfortable. EPSTEIN gave ███████ a tour of the house, took her to the massage room and had her lay down, took a "vibrating thing" and rubbed it on her. ███████ told him to stop. ███████ described the massage room as a small, very dark room on the same floor as the master bedroom. A driver took ███████ home and she remembered being tearful in the car.

The next morning or a day later, ███████ recalled that EPSTEIN called her. ███████ was unsure how everything progressed from there. EPSTEIN may have offered her an English class, which ███████ attended. EPSTEIN offered

3524-009
Page 2 of 11

SUBJECT TO PROTECTIVE ORDER PARAGRAPHS 7, 8, 9, 10, 15, and 17

EFTA_00009320

EFTA00159322