| | |
|---|---|
| **BRITO PLLC** | **DLA PIPER LLP (US)** |
| 2121 PONCE DE LEON BLVD, SUITE 650 | 1251 AVENUE OF THE AMERICAS |
| CORAL GABLES, FL 33134 | NEW YORK, NY 10020 |
| TELEPHONE: (305) 520-7633 | TELEPHONE: (212) 335-4500 |
| FACSIMILE: (305) 440-4385 | FACSIMILE: (212) 335-4501 |

February 23, 2026

*By ECF*

The Honorable Mary Kay Vyskocil
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Michael Wolff vs. Melania Trump*, No. 25 Civ. 10752 (MKV)

Dear Judge Vyskocil:

    We represent First Lady of the United States Melania Trump ("Mrs. Trump") in the above-referenced matter. We write to respond to Plaintiff's letter filed on February 20, 2026 [ECF No. 19], which: (i) belatedly and improperly seeks to submit Plaintiff's motion for alternative service filed in the state court **two months ago**, and asks the Court to decide that motion without any formal motion practice or further briefing; and (ii) improperly advances sur-reply arguments in connection with Mrs. Trump's pending motion to dismiss and Plaintiff's cross-motion to remand, which are fully briefed and *sub judice*. The Court should disregard Plaintiff's letter and any further submissions that Plaintiff attempts to make with respect to the pending motion and cross-motion.

    *First*, Plaintiff misstates the law in wrongly contending that Mrs. Trump had a statutory obligation to include Plaintiff's state-court motion papers with her December 29, 2025, notice of removal. Under 28 U.S.C. § 1446(a), a removing defendant must include with the notice of removal only "a copy of all process, pleadings, and orders served upon such defendant . . . in such action." Plaintiff's motion papers are not process, pleadings, or orders, nor were they ever served on Mrs. Trump. Mrs. Trump therefore was not required to submit those papers with her notice of removal. Plaintiff also incorrectly relies on 28 U.S.C. § 1447(b), which provides only that the district court "*may* require the removing party to file with its clerk copies of all records and proceedings in such State court . . . ." 28 U.S.C. § 1447(b) (emphasis added). The Court has made no such request. Mrs. Trump fully complied with her statutory obligations in removing this matter, and the Court should deny Plaintiff's procedurally improper request to resolve his state-court motion for alternative service, without any formal notice of motion in this Court and without proper briefing.

    *Second*, Plaintiff's "sur-reply" arguments regarding the absence of general jurisdiction over Mrs. Trump likewise should be rejected as procedurally improper. Plaintiff admittedly does not seek to respond to any new argument made in Mrs. Trump's reply memorandum [*see* ECF No. 18], and his contention that Mrs. Trump "misquot[ed]" CPLR 301, or case law applying it, is patently false. 2/20/26 Letter at 1. The Court is familiar with Supreme Court and Second Circuit precedent concerning general jurisdiction, *see Ditkoff v. Wolff*, 2025 WL 919635, at *5 (S.D.N.Y. Mar. 26, 2025), and is well equipped to review and analyze the cited cases and identify Plaintiff as the party misstating the law. Plaintiff's sur-reply is unnecessary and inappropriate.

  *Finally*, the Court should not entertain any "reply" that Plaintiff attempts to submit in connection with his "cross-motion" to remand. 2/20/26 Letter at 2. Neither the Federal Rules nor the Local Rules contemplate "cross-motions," which are a creature of New York state procedure. *See* CPLR 2214(b), 2215. Plaintiff elected to file a single memorandum in opposition to Mrs. Trump's motion to dismiss and in support of his request for remand, in which he interspersed his remand arguments throughout. *See* Opp. at 2-6, 9-12, 17. He should not be permitted to file a "reply" that would stray beyond the discrete issues relevant to resolution of his request for remand.

          Respectfully submitted,

| | |
|---|---|
| */s/ Alejandro Brito* | */s/ Caryn G. Schechtman* |
| Alejandro Brito (*pro hac vice*) | Caryn G. Schechtman |
| **Brito PLLC** | **DLA Piper LLP (US)** |
| 2121 Ponce de Leon Blvd., Suite 650 | 1251 Avenue of the Americas |
| Coral Gables, FL 33134 | New York, NY 10020 |
| (305) 520-7633 | (212) 335-4500 |
| Abrito@Britopllc.com | caryn.schechtman@us.dlapiper.com |

  *Counsel for First Lady of the United States Melania Trump*