| | |
|---|---|
| **BRITO PLLC** | **DLA PIPER LLP (US)** |
| 2121 PONCE DE LEON BLVD, SUITE 650 | 1251 AVENUE OF THE AMERICAS |
| CORAL GABLES, FL 33134 | NEW YORK, NY 10020 |
| TELEPHONE: (305) 520-7633 | TELEPHONE: (212) 335-4500 |
| FACSIMILE: (305) 440-4385 | FACSIMILE: (212) 335-4501 |

February 26, 2026

*By ECF*

The Honorable Mary Kay Vyskocil
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** *Michael Wolff vs. Melania Trump*, **No. 25 Civ. 10752 (MKV)**

Dear Judge Vyskocil:

    On behalf of First Lady of the United States Melania Trump ("Mrs. Trump"), we write to respectfully request that the Court strike from the docket Plaintiff's "reply" in support of his "cross-motion" to remand [ECF No. 22]. Plaintiff's "reply" is not authorized by the Federal Rules, the Local Rules, or this Court's Individual Practices, and it strays far beyond his arguments in support of remand; instead, the "reply" mostly comprises improper sur-reply arguments with respect to Mrs. Trump's pending motion to dismiss for lack of personal jurisdiction and for failure to state a claim. *See* "Reply" at 4-10. Plaintiff's procedurally improper filing validates the concerns stated in Mrs. Trump's February 23, 2026 letter. *See* 2/23/26 Letter at 2 [ECF No. 20].

    For the reasons explained in Mrs. Trump's February 23 letter, Plaintiff is not entitled to a reply on his "cross-motion" for remand. *Id.* Plaintiff devotes just three pages of his improper filing to his remand arguments, repeating the same baseless arguments advanced in his opposition. *Compare* "Reply" at 1-4 *with* Opp. at 2-5 [ECF No. 14]. The majority of his "reply" is improper sur-reply argument with respect to Mrs. Trump's motion to dismiss. *See* "Reply" at 4-10. "Such an unauthorized surreply is procedurally improper and [should] be struck from the docket." *Roberts v. Puopolo M.D., P.C.*, 2025 WL 2773007, at *7 (S.D.N.Y. Sept. 25, 2025); *see also, e.g.*, *Diallo v. New York City*, 2025 WL 522514, at *5, *7 (S.D.N.Y. Feb. 18, 2025) (similar).

                                    Respectfully submitted,

| | |
|---|---|
| */s/ Alejandro Brito* | */s/ Caryn G. Schechtman* |
| Alejandro Brito (*pro hac vice*) | Caryn G. Schechtman |
| **Brito PLLC** | **DLA Piper LLP (US)** |
| 2121 Ponce de Leon Blvd., Suite 650 | 1251 Avenue of the Americas |
| Coral Gables, FL 33134 | New York, NY 10020 |
| (305) 520-7633 | (212) 335-4500 |
| Abrito@Britopllc.com | caryn.schechtman@us.dlapiper.com |

              *Counsel for First Lady of the United States Melania Trump*