# MILLER KORZENIK RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

February 27, 2026

**By ECF**
The Honorable Mary Kay Vyskocil
United States District Court, District of New York
500 Pearl Street
New York, New York 10007

Re: **Michael Wolff v. Melania Trump, 25-cv-10752 *(MKV)***
***Reply to Defendant's Letter ECF 23 of February 26, 2026***

Dear Judge Vyskocil:

We represent Michael Wolff. We write this letter in response to Defendant Melania Trump's letter of February 26. (ECF 23)

Trump complains that Wolff's Reply Memorandum in further support of his Cross Motion for Remand and, in the alternative for Discovery, is "not authorized by the Federal Rules, the Local Rules, or this Court's Individual Practices." That is not so. Your Honor's Individual Practice Rules, Rule 4.A.iii provides for "reply memoranda" in further support of motions in civil cases. Likewise, Local Rule 7.1(b) permits reply memoranda as well.

To the extent that Trump argues Wolff's Reply Memorandum goes outside the boundaries of the bases of his Cross Motion for Remand (ECF 13), we disagree. Wolff's Reply Memorandum addresses each of the issues squarely presented in the Notice of Cross-Motion for Remand and Discovery, etc.

Wolff's Notice of Cross-Motion, ECF 13, seeks seven forms of relief: (1) remand, (2) in the alternative, fair discovery on Trump's citizenship, (3) addressing Wolff's Motion for Alternative Service in New York State Supreme Court, (4) a ruling that Trump has been served for the purposes of the citizenship/remand issue, (5) prioritizing the resolution of Trump's citizenship before any 12(b) merits ruling, or (6) in the alternative, discovery on Trump's personal jurisdiction contacts, and (7) striking Trump's motion to transfer the case to Florida. *See* ***ECF 13, at pp. 1-2***.

Each section of Wolff's Reply Memorandum of Law (ECF 22) corresponds and cites to each of the seven grounds for relief listed by number in his Notice of Cross-Motion (ECF 13). They are properly addressed in the Reply Memorandum.

Respectfully submitted,

/s/ *David S. Korzenik*
David S. Korzenik