**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MICHAEL WOLFF,

                Plaintiff,

    v.

MELANIA TRUMP,

                Defendant.

Case No. 1:25-cv-10752-MKV-SLC

**NOTICE OF APPEAL**
**OF MICHAEL WOLFF**

PLEASE TAKE NOTICE that **Plaintiff Michael Wolff** by his counsel, Miller Korzenik Rayman LLP, appeals to the ***United States Court of Appeals for the Second Circuit*** from the Opinion and Order of Judge Mary Kay Vyscocil ("Order") entered on May 22, 2026, Dkt. 25, which dismissed Plaintiff Wolff's action (based on abstention) and from the Judgment ("Judgment") entered on May 26, 2026, Dkt. 26, dismissing Plaintiff Wolff's action (based on abstention as set out in the Order).

Dated: June 17, 2026

                Respectfully Submitted,

                MILLER KORZENIK RAYMAN LLP

                By: *//s// David S. Korzenik*
                   David S. Korzenik
                The Paramount Building
                1501 Broadway, Suite 2015
                New York, New York 10036
                212-752-9200
                DKorzenik@mkslex.com
                *Attorneys for Plaintiff Michael Wolff*

1