**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MICHAEL WOLFF,

     Plaintiff,

     v.

MELANIA TRUMP,

     Defendant.

Case No.: 1:25-cv-10752-MKV

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Matthew L. Schafer, who is authorized to practice in this Court, hereby enters his appearance as counsel for David Korzenik, Esq. and Plaintiff Michael Wolff in the above-captioned action for the limited purpose of responding to the Court's Order granting Defendant Melania Trump's Letter Motion for Conference, *see* ECF No. 29, and Defendant's contemplated motion for sanctions, *see* ECF No. 27, and requests that notice of all matters arising herein and all documents and papers in this case be served on him.

Dated:  New York, New York
       June 29, 2026

Respectfully submitted,

**JASSY VICK CAROLAN LLP**

By:   /s/ Matthew L. Schafer
      Matthew L. Schafer

521 Fifth Ave., 17th Floor
New York, NY 10175
Tel: (212) 457-1606
MSchafer@jassyvick.com
*Counsel for David Korzenik, Esq.*
*and Michael Wolff*