USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL WOLFF,

Plaintiff,

-against-

MELANIA TRUMP,

Defendant.

---

1:25-cv-10752-MKV
SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

Counsel for the Parties appeared before the Court today, July 1, 2026, for a conference concerning the First Lady's contemplated motion for sanctions. *See* [ECF Nos. 27–29]. As discussed at the conference, should the First Lady choose to proceed with the filing of such a motion, the briefing schedule will be as follows: The motion shall be filed on or before July 20, 2026; Plaintiff's opposition shall be filed on or before August 17, 2026; and any reply shall be filed on or before August 28, 2026.

SO ORDERED:

DATED: July 1, 2026
    New York, New York

*Mary Kay Vyskocil*
**Mary Kay Vyskocil**
**United States District Judge**