UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

MICHAEL WOLFF,

                 Plaintiff,

     -against-

MELANIA TRUMP,

             Defendant.

------------------------------------------- x

Case No. 1:25-cv-10752-MKV

## NOTICE OF MOTION BY FIRST LADY OF THE UNITED STATES MELANIA TRUMP FOR SANCTIONS

PLEASE TAKE NOTICE that the First Lady of the United States Melania Trump ("Mrs. Trump"), by her undersigned counsel, will and hereby does move, at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 18C, New York, New York 10007, at such date and time as the Court directs, for an order, pursuant to Rule 11 of the Federal Rules of Civil Procedure and to 28 U.S.C. § 1927:

(i)      directing Plaintiff Michael Wolff and his counsel to pay a penalty into court, and to pay to Mrs. Trump her reasonable attorneys' fees and other expenses incurred in connection with both this motion and Mrs. Trump's motion to dismiss for lack of personal jurisdiction, including Mrs. Trump's related reply and letter motions, and entering such non-monetary sanctions against Plaintiff and his counsel as the Court deems just and proper, based on their advancement of factual contentions that lack evidentiary support, including, without limitation, that Mrs. Trump is a citizen of New York, which she is not, *see* Fed. R. Civ. P. 11(b)(3), (c)(2), (c)(4);

(ii)     directing Plaintiff's counsel to pay a penalty into court, and to pay to Mrs. Trump her reasonable attorneys' fees and other expenses incurred in connection with both this motion and Mrs. Trump's motion to dismiss for lack of personal jurisdiction and for failure to state a claim, including Mrs. Trump's related reply and letter motions, and entering such non-monetary sanctions against Plaintiff's counsel as the Court deems just and proper, based on Plaintiff's counsel's advancement of claims and legal contentions that are not warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for

establishing new law, including, without limitation, Plaintiff's counsel's contention that Mrs. Trump is subject to both general and specific jurisdiction under New York and federal law—which she is not—and Plaintiff's counsel's baseless assertion of claims for declaratory judgment of non-liability for Plaintiff's past tortious conduct, *see* Fed. R. Civ. P. 11(b)(2), (c)(2), (c)(4), (c)(5)(A);

(iii)   directing Plaintiff and his counsel to pay a penalty into court, and to pay to Mrs. Trump all of her reasonable attorneys' fees and other expenses incurred in connection with this action, and entering such non-monetary sanctions against Plaintiff and his counsel as the Court deems just and proper, based on their filing and maintenance of this frivolous lawsuit for improper purposes including, without limitation, to harass Mrs. Trump, to needlessly increase the cost of litigation, to improperly fundraise from this lawsuit, and to use this lawsuit as a public-relations campaign to embarrass Mrs. Trump, *see* Fed. R. Civ. P. 11(b)(1), (c)(2), (c)(4); and

(iv)   directing Plaintiff's counsel to pay a penalty into court, and to pay to Mrs. Trump all of her reasonable attorneys' fees and other expenses incurred in connection with this action, and entering such non-monetary sanctions against Plaintiff's counsel as the Court deems just and proper, based on Plaintiff's counsel's unreasonable and vexatious multiplication of proceedings through, without limitation, the filing and maintenance of this frivolous lawsuit for improper purposes, his bad-faith gamesmanship and blatant forum-shopping designed to deprive Mrs. Trump of her choice of forum in litigating her claims, and his filing of irrelevant and speculative documents in an attempt to keep this lawsuit in the improperly chosen forum, *see* 28 U.S.C. § 1927.

In support of her motion, Mrs. Trump relies upon the Complaint; the Notice of Removal and the accompanying Memorandum of Law; her Motion to Dismiss and accompanying Memorandum of Law; the further filings made with respect to the Motion to Dismiss; Plaintiff's Motion to Remand and Opposition to the Motion to Dismiss, his accompanying Memorandum of Law, and the accompanying Declaration of David S. Korzenik; Mrs. Trump's Rule 11 "Safe-Harbor" Letter to Plaintiff and his counsel; this Court's Opinion and Order of May 22, 2026; and such other proceedings and filings in this action as shall bear on the matters addressed in the motion that may be considered by the Court.

Dated: New York, New York            DLA PIPER LLP (US)
       July 20, 2026

Of Counsel:                          By:  */s/ Caryn G. Schechtman*
                                              Caryn G. Schechtman
Alejandro Brito (*pro hac vice*)              Steven M. Rosato
Brito PLLC                           DLA Piper LLP (US)
2121 Ponce de Leon Blvd.             1251 Avenue of the Americas
Suite 650                            New York, New York 10020
Coral Gables, FL 33134               (212) 335-4500
(305) 520-7633                       caryn.schechtman@us.dlapiper.com
Abrito@Britopllc.com                 steven.rosato@us.dlapiper.com

*Counsel for First Lady of the United States Melania Trump*