

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Caryn Schechtman
caryn.schechtman@us.dlapiper.com
T   (212) 335-4593

July 21, 2026

*VIA ECF*

The Honorable Mary Kay Vyskocil
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**    *Michael Wolff v. Melania Trump*, **No. 25 Civ. 10752 (MKV)**

Dear Judge Vyskocil:

We represent the First Lady of the United States of America, Melania Trump, in the above-referenced matter. Pursuant to this Court's Order of July 1, 2026 (ECF No. 34), we filed our Notice of Motion for Sanctions at midnight on July 20, 2026, and an accompanying Memorandum of Law three minutes thereafter, due to an electronic filing delay.

We are filing an updated Memorandum of Law, attached as an exhibit to this letter, to correct errors in the Table of Authorities, pagination and paragraph spacing.

Respectfully submitted,

*/s/ Caryn G. Schechtman*
Caryn Schechtman

*Counsel for First Lady of the United States*
*Melania Trump*