USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WOLFF,

                    Plaintiff,

        -against-                                    1:25-cv-10752-MKV
                                                          ORDER
MELANIA TRUMP,

                    Defendant.

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter dated August 7, 2026, emailed to Chambers by the lawyer

representing Plaintiff and David Korzenik, Esq., in connection with the First Lady's pending

motion for sanctions, [ECF No. 37] (the "Sanctions Motion"). The letter requests leave to use

certain information in opposing the Sanctions Motion. That request is GRANTED. The Court

notes that counsel to the First Lady has indicated, also via a letter emailed to Chambers, that she

does not oppose the request. The Parties shall file their respective letters on the docket.

SO ORDERED:

DATED: August 13, 2026
        New York, New York                    _____
                                               Mary Kay Vyskocil
                                               United States District Judge