**BRITO PLLC**
2121 PONCE DE LEON BLVD, SUITE 650
CORAL GABLES, FL 33134
TELEPHONE: (305) 520-7633
FACSIMILE: (305) 440-4385

**DLA PIPER LLP (US)**
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
TELEPHONE: (212) 335-4500
FACSIMILE: (212) 335-4501

August 12, 2026

*By Email*

The Honorable Mary Kay Vyskocil
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

>    **Re:    *Michael Wolff vs. Melania Trump*, No. 25 Civ. 10752 (MKV)**

Dear Judge Vyskocil:

On behalf of First Lady of the United States Melania Trump ("Mrs. Trump"), we write in response to Plaintiff's August 7, 2026, letter to the Court, which requests permission to rely on certain phone calls and emails exchanged between Mrs. Trump's counsel and Plaintiff's counsel in Plaintiff's forthcoming opposition to Mrs. Trump's motion for sanctions. *See* ECF Nos. 37-39. Mrs. Trump not only has no objection to Plaintiff's request—Mrs. Trump welcomes Plaintiff's attempt to rely on the phone calls and emails described in Plaintiff's August 7 letter, which only further underscore Plaintiff's bad-faith motivations in pursuing his frivolous litigation.

As Plaintiff's August 7 letter notes, Plaintiff's counsel transmitted a letter to the undersigned on July 29, 2026, demanding that Mrs. Trump's counsel "correct" statements in the memorandum in support of Mrs. Trump's sanctions motion that Plaintiff "did not respond" to Mrs. Trump's October 15, 2025, letter demanding that Plaintiff retract his defamatory statements about Mrs. Trump. According to Plaintiff, he did respond to Mrs. Trump's demand letter by way of emails and phone calls exchanged between his counsel and Mr. Brito.

The undersigned promptly responded by letter dated July 31, 2026, in which we explained that there was nothing to "correct," because none of the referenced phone calls and emails actually responded to the substance of Mrs. Trump's demand letter. Instead, in a preview of what was to come, Plaintiff's counsel threatened litigation and sought to position Plaintiff to beat Mrs. Trump in a race to the courthouse. There was no good faith effort by Plaintiff to resolve the matter, and certainly no offer by Plaintiff to retract his defamatory statements. Copies of the parties' respective July 29 and July 31 letters—which Plaintiff inexplicably failed to enclose with his August 7 letter to the Court—are enclosed for the Court's reference as Exhibits 1 and 2.

The relevance of the October 2025 communications between Plaintiff's counsel and Mr. Brito to any issue raised in Mrs. Trump's pending sanctions motion is actually to provide more evidence of Plaintiff's "textbook bad-faith forum-shopping" in initiating this action in the first place. ECF No. 25, 5/22/26 Op. at 41. For that reason, we welcome and encourage Plaintiff to rely on those communications in attempting to oppose Mrs. Trump's sanctions motion, and we look forward to responding appropriately.

*        *        *

Honorable Mary Kay Vyskocil
August 12, 2026
Page 2 of 2

Should the Court wish to discuss this matter further, we are available at the Court's convenience.

Respectfully submitted,

/s/ Alejandro Brito
Alejandro Brito (*pro hac vice*)
**Brito PLLC**
2121 Ponce de Leon Blvd., Suite 650
Coral Gables, FL 33134
(305) 520-7633
Abrito@Britopllc.com

/s/ Caryn G. Schechtman
Caryn G. Schechtman
Steven M. Rosato
**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500
caryn.schechtman@us.dlapiper.com
steven.rosato@us.dlapiper.com

*Counsel for First Lady of the United States Melania Trump*

Enclosures

# EXHIBIT 1

**Jassy Vick Carolan LLP**

521 Fifth Ave, 17th Floor
New York, NY 10175

**Miller Korzenik Rayman LLP**

The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036

July 29, 2026

**Via Email**

Alejandro Brito
Brito, PLLC
2121 Ponce De Leon Blvd. Ste 650
Coral Gables, FL 33134

Caryn Schechtman
Steven Rosato
DLA Piper US LLP
1251 Ave. of the Americas 27th Floor
New York, NY 10020

**Re: *Wolff v. Trump*, No. 1:25-cv-10752-MKV (S.D.N.Y.)**

Dear Mr. Brito, Ms. Schechtman, and Mr. Rosato:

We write to request that you correct two false statements in Defendant Melania Trump's memorandum in support of her motion for sanctions. *See* ECF No. 39-1 (the "Corrected Memorandum").

While we disagree with many of the factual and legal assertions in the First Lady's Corrected Memorandum, for present purposes, we write concerning two statements about which there can be no dispute as to their falsity. The two statements are:

- "[W]hen [the First Lady] demanded a retraction, [Mr. Wolff] did not respond," *see* ECF No. 39-1 at 7; and
- "Plaintiff never answered the Demand Letter," *id*. at 10.

The First Lady then deploys the two false statements for strategic purposes in the Corrected Memorandum. *See generally id*. at 7, 10.

The two statements are false because Mr. Wolff did respond to the October 15, 2025 Demand Letter. Mr. Korzenik spoke by telephone with Mr. Brito on Monday, October 20 and on Tuesday, October 21. Over the same two days, Mr. Brito and Mr. Korzenik exchanged at least ten emails regarding the matter.

Because the two statements are false, we request that you correct them. If you do not, we will bring the Court's attention to the uncorrected false statements. We reserve all rights.

Sincerely,

s/ Matthew L. Schafer
Matthew L. Schafer
**JASSY VICK CAROLAN LLP**
521 Fifth Ave., 17th Floor
New York, NY 10175
(212) 457-1606
MSchafer@jassyvick.com

s/ David S. Korzenik
David S. Korzenik
**MILLER KORZENIK RAYMAN LLP**
The Paramount Building
1501 Broadway, Suite 2015
New York, New York 10036
(212) 752-9200
dkorzenik@mkslex.com

cc: All counsel

2

# EXHIBIT 2

**BRITO PLLC**
2121 PONCE DE LEON BLVD, SUITE 650
CORAL GABLES, FL 33134
TELEPHONE: (305) 520-7633
FACSIMILE: (305) 440-4385

**DLA PIPER LLP (US)**
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
TELEPHONE: (212) 335-4500
FACSIMILE: (212) 335-4501

July 31, 2026

*By Email*

Matthew L. Schafer
Jassy Vick Carolan LLP
521 Fifth Avenue, 17th Floor
New York, New York 10175
MSchafer@jassyvick.com

David S. Korzenik
Miller Korzenik Rayman LLP
The Paramount Building
1501 Broadway, Suite 2015
New York, New York 10036
dkorzenik@mkslex.com

**Re:**    *Michael Wolff vs. Melania Trump*, No. 25 Civ. 10752 (MKV)

Dear Mr. Schafer and Mr. Korzenik:

We are writing on behalf of First Lady of the United States Melania Trump in response to your July 29, 2026 letter purporting to identify "two false statements" in the memorandum in support of Mrs. Trump's motion for sanctions (*see* ECF No. 39-1, "Sanctions Mem."), and requesting that we "correct" them. As explained below, the two identified statements are not false, and we therefore decline your request to "correct" them.

Your July 29 letter wrongly asserts that it is untrue that Mr. Wolff failed to respond to Mrs. Trump's October 15, 2025 letter demanding that Mr. Wolff retract his false and defamatory statements about Mrs. Trump, and requests correction of two statements in the Sanctions Memorandum to that effect. *See* Sanctions Mem. at 1, 4.[1] According to your letter, Mr. Wolff "did respond to the October 15, 2025 Demand Letter[,]" by way of two phone calls and a series of emails exchanged between Mr. Korzenik and Mr. Brito on October 20-21, 2025. But none of those communications constituted a substantive response to Mrs. Trump's October 15 demand letter.

To the contrary, as our review of the email correspondence underscores, Mr. Korzenik was singularly focused on pursuing Mr. Wolff's improper effort to beat Mrs. Trump in a race to the courthouse—the same course of conduct that Judge Vyskocil condemned in her dismissal opinion. At no point during any of those communications did Mr. Korzenik ever address the substance of Mrs. Trump's October 15 letter, much less state whether Mr. Wolff would agree to retract his defamatory statements.

---

[1] Your letter uses the ECF pagination at the top of the document; we refer to page numbers of the memorandum at the bottom of each page.

Therefore, based on the email communications we have in our possession, it is true that Mr. Wolff never delivered an actual response to Mrs. Trump's October 15 letter.  We accordingly decline to "correct" the two statements identified in your July 29 letter.

*        *        *

We trust that this letter provides sufficient clarification of the factual basis for the statements identified in your July 29 letter.  Nothing herein is intended to be, nor should it be construed as, a waiver of any of Mrs. Trump's rights at law, in equity, or otherwise, all of which are expressly reserved.

Sincerely,

*/s/ Alejandro Brito*
Alejandro Brito
**Brito PLLC**
2121 Ponce de Leon Blvd., Suite 650
Coral Gables, FL 33134
(305) 520-7633
Abrito@Britopllc.com

*/s/ Caryn G. Schechtman*
Caryn G. Schechtman
Steven M. Rosato
**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500
caryn.schechtman@us.dlapiper.com
steven.rosato@us.dlapiper.com

*Counsel for First Lady of the United States Melania Trump*